Rose T. O'Flaherty, Respondent, *v.* Nassau Electric Railroad Company, Appellant.

Reported below, 34 App. Div. 74.
(Submitted October 2, 1899; decided October 10, 1899.)

Motion to prefer an appeal allowed by a judge of the Court of Appeals from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1899, unanimously affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial, in an action to recover damages for a personal injury.

The motion was made upon the ground that the appeal is entitled to a preference under subdivision 12, section 791, Code of Civil Procedure (Chap. 355, Laws of 1899).

*Thomas E. Pearsall* for motion.

No one opposed.

Motion denied, without costs, on decision in *Coxhead* v. *Johnson* (160 N. Y. 369).